UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 44258
   PATRICK MICHAEL JOHNSON
   SHERRY ANN JOHNSON                       CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5305    SSN XXX-XX-1171
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/01/04 and confirmed on 01/27/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 149040.37 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | 81326.00 | .00 | 81326.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1065.00 | .00 | 1065.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10026.19 | .00 | 10026.19 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9113.61 | .00 | 9113.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7526.77 | .00 | 7526.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 199.66 | .00 | 199.66 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17835.83 | .00 | 17835.83 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1491.90 | .00 | 1491.90 |
| MOTOROLA CREDIT UNION | UNSECURED | 647.29 | .00 | 647.29 |
| MOBIL CARD SRV | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 915.76 | .00 | 915.76 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1975.39 | .00 | 1975.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2155.71 | .00 | 2155.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 320.95 | .00 | 320.95 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 818.53 | .00 | 818.53 |
| US BANK | UNSECURED | 344.15 | .00 | 344.15 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 590.22 | .00 | 590.22 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 810.26 | .00 | 810.26 |
| US BANK | SECURED | .00 | .00 | .00 |

Summary of disbursements:

```
                         SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      81326.00           .00     55837.22          .00     137163.22
PRINCIPAL PAID          81326.00           .00     55837.22          .00     137163.22
INTEREST PAID                .00           .00          .00          .00           .00
TOTAL PAID              81326.00           .00     55837.22          .00     137163.22
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   6149.71 .

Refunds to the Debtor totaled $   3027.44 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 04/11/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE








                              PAGE   2
     CASE NO. 04 B 44258 PATRICK MICHAEL JOHNSON & SHERRY ANN JOHNSON